Rev. 7/06
CO Hab Corp
AO 241 amd.

**FILED**

AUG 28 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dameion A. Tinstall
NAME (Under which you were convicted)

05747-007
PRISON NUMBER

F.C.I. - Gilmer
PLACE OF CONFINEMENT/ADDRESS
P.O. Box 6000
Glenville, West Virginia
26351

Dameion A. Tinstall                      )
(Full Name)        Petitioner            )

v.

Ms. Kuma Deboo                           )
(Name of Warden, Superintendent, Jailor, or  )
authorized person having custody of petitioner) )
                Respondent               )

Case: 1:08-cv-01504
Assigned To : Unassigned
Assign. Date : 8/28/2008
Description: HABEAS CORPUS/2255

PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA

INSTRUCTIONS - PLEASE READ CAREFULLY

1. This petition must be legibly handwritten or typed, and signed by the petitioner. <u>Any false statement of material fact may serve as the basis for prosecution and conviction for perjury.</u> All questions must be answered concisely in the proper space on the form.

2. Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3. Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

**RECEIVED**

AUG - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

4. If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5. Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

6. When you have completed the form, send the original and one copy to:
Clerk, United States District Court for the District of Columbia
Room 1225
333 Constitution Avenue, NW
Washington, DC 20001

7. <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1. (a) Name and location of court which imposed the sentence (or detention) of conviction you are challenging: D.C. Superior Court

2. (a) Date of the sentence (or detention): March 21, 1996

3. Length of sentence: 4 to 12 years (12 years)

4. Nature of offense involved (all counts): Attempt Distribution of cocaine, Possession of cocaine, Possession of Marijuana

5. (a) What was your plea? (Check one):
   ☐ Not guilty
   ☒ Guilty
   ☐ Nolo Contendere (no contest)
   ☐ Insanity

(b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: N/A

6. Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?
   ☐ Yes
   ☒ No

7. If your answer to Question 10 was "Yes," give the following information:
   (a) (1) Name of Court: N/A
       (2) Nature of the proceedings: N/A

       (3) Grounds raised: N/A

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes
           ☒ No
       (5) Result: N/A
       (6) Date of result: N/A

   (b) As to any second petition, application, or motion, give the same information:
       (1) Name of Court: N/A
       (2) Nature of the proceedings: N/A

       (3) Grounds raised: N/A

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes
           ☒ No
       (5) Result: N/A

   (6) Date of result: N/A

 (c) As to any third petition, application, or motion, give the same information:
   (1) Name of Court: N/A
   (2) Nature of the proceedings: N/A

   (3) Grounds raised: N/A

   (4) Did you receive an evidentiary hearing on your petition, application or motion?
     ☐ Yes
     ☒ No
   (5) Result: N/A
   (6) Date of result: N/A

 (d) Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion?
   (1) First petition, etc."
     ☐ Yes
     ☒ No
   (2) Second petition, etc.:
     ☐ Yes
     ☒ No

   (3) Third petition, etc.:
     ☐ Yes
     ☒ No

 (e) If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: N/A

8. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

A. **GROUND ONE:**
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: From the onset of the imposition of sentencing, I, Plaintiff, have always remained in the continued care and/or legal custody of the Attorney General of the United States and/or it's representatives. While on parole a parolee shall remain in the legal custody of the Attorney General until the expiration of the maximum term(s) specified in the judgement/commitment order.

B. **GROUND TWO:**
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: The United States Parole Commission in it's discretion, may discharge a parolee from supervision prior to the expiration of the maximum term(s) for which he was sentenced; however, to go beyond the expiration date of a sentence by not crediting a parolee with time spent on parole and amending the judgement/commitment by compelling the parolee to serve that very same time again by lengthening the full-term expiration creates ex post facto punishment on Plaintiff.

C. **GROUND THREE:**
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: The United States Parole Commission falls under the executive branch of Governmental functions and should not be functioning under the Judicial Branch without offending the U.S. Constitution and the separation of powers Doctrine. No agency can function under two branches of the Government, for it would promote a dictatorship. Furthermore, the U.S. Parole Commission is bound by the law to file a motion to the U.S. District court if it wishes to extend a sentence imposed by an article I judge.

D. **GROUND FOUR:**
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: I was sentenced to 12 years in 1996. With regards to jail credit towards this 12 years my original Full-Term expiration date was 2/2009. I have not been convicted of a new Felony but have violated my parole on 4 occasions via administrative Technical violations. As a result of the parole commissions lengthening the judgement/commitment my new full term expiration is now 2013, which creates ex-Post facto Law, The Bill of Attainer, violates the Due Process clause, the 5th, 14th and 8th Amendments, Cruel & Unusual Punishment by enlarging the courts original sentence.

9. If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: This is the first Motion/Petition/Complaint that I've filed to the court for relief from further custody. Relief Sought is for the court to Affix my original Full-term expiration and to release me from further custody.

10. Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal, as to the sentence (or detention) under attack?
    ☐ Yes
    ☒ No

    (a) If so, give the name and location of the court and case number, if known: N/A

11. Do you have any future sentence to serve after you complete the sentence (or detention) under attack?
    ☐ Yes
    ☒ No

    (a) If so, give name and location of court which imposed sentence to be served in the future: N/A

Page 7

(b) And give date and length of sentence to be served in future: N/A

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
☐ Yes
☒ No

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Petitioner's Signature

7-30-08
Date

NOTARY PUBLIC OFFICIAL SEAL
S.M. CARR
State of West Virginia
Federal Correctional Institution-Gilmer
My Commission Expires
July 24, 2016
P.O. Box 5000
Glenville, WV 26351

SM Carr  7-30-08



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### IMPORTANT INFORMATION.....PLEASE READ CAREFULLY

### WARNING TO PRO SE LITIGANTS

All documents That You File with The Court Will Be Available to the Public on the Internet Through PACER (Public Access to Court Electronic Records) and the Court's Electronic Case Filing System.

**YOU ARE RESPONSIBLE FOR PROTECTING YOUR IDENTITY FROM POSSIBLE THEFT. YOU MUST REMOVE CERTAIN PERSONAL IDENTIFYING INFORMATION FROM ALL DOCUMENTS BEFORE YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING. IT IS NOT THE COURT'S RESPONSIBILITY TO REMOVE PERSONAL IDENTIFYING INFORMATION FROM YOUR DOCUMENTS BEFORE THEY ARE ELECTRONICALLY DOCKETED.**

Under the Privacy Policy of the Judicial Conference of the United States, <u>a litigant, whether represented by counsel or appearing pro se, must not put certain types of the litigant's (or any other person's) personal identifying information in documents submitted for filing to any United States District Court.</u> This rule applies to *ALL* documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party for filing. If the litigant finds it necessary to submit a document containing personal identifying information, the litigant must "black out" or "xxxx" (redact) the personal identifying information prior to submitting the document to the Office of the Clerk for filing.

1. <u>Types of personal information that MUST be removed or redacted from documents before filing:</u>
    (a) **Social Security Numbers.** If an individual's social security number must be included in a pleading, only the last four digits of that number shall be used.
    (b) **Names of Minor Children.** If the involvement of a minor child must be mentioned, only the initials of that child shall be used.
    (c) **Dates of Birth.** If an individual's date of birth must be included in a pleading, only the year shall be used.
    (d) **Financial Account Numbers.** If financial account numbers are relevant, only the last four digits of these numbers shall be used.
    (e) **Juror Information.** If a document containing identifying information about a juror or potential juror must be filed (e.g., verdict form or indictment), all personal information identifying a juror or potential juror must be redacted.

2. <u>Other sensitive personal information of the litigant (or any other person) that should be considered for possible removal or redaction.</u>

    Any personal identifying number, including a driver's license number; medical records; employment history; individual financial information; proprietary or trade secret information; information regarding an individual's cooperation with the government; information regarding the victim of any criminal activity; national security information; and/or sensitive security information described in 49 U.S.C. Section 114(s).